## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | : : : : | |
| Petitioners, | : : | Civil Action No. |
| v. | : : : | |
| JONATHAN BJORING, MICHAEL GRAY, JASON HADDAWAY and CLARENCE TAYLOR, | : : : : | |
| Respondents. | : : | |

## CORPORATE DISCLOSURE STATEMENTS ON BEHALF OF PETITIONERS BANK OF AMERICA CORPORATION AND MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, I the undersigned, counsel of record for Petitioners Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated certify that to the best of my knowledge the following:

(1)    Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly-owned subsidiary of Merrill Lynch & Co., Inc.;

(2)    Merrill Lynch & Co., Inc. is a direct subsidiary of Bank of America Corporation, which owns all of the common stock of Merrill Lynch & Co., Inc.; and

(3)    Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly held company owns more than 10% of Bank of America Corporation's shares.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: February 17, 2011

By: _____

Russell R. Bruch (D.C. Bar # 503288)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone:  202.739.5293
rbruch@morganlewis.com
*Attorneys for Petitioners*
Bank of America Corporation and
Merrill Lynch, Pierce, Fenner &
Smith Incorporated

DB2/22225771.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, I caused a copy of Petitioner's Corporate

Disclosure Statements to be served on the undersigned via overnight mail:


Joel S. Aronson, Esq.
RIDBERG ARONSON
7700 Old Georgetown Road
Suite 400
Bethesda, Maryland 20814
*Attorneys for Respondents Michael Gray and Jonathan Bjoring*


Thomas Earl Patton, Esq.
Evridiki Georgiou, Esq.
BUTZEL LONG TIGHE PATTON PLLC
1747 Pennsylvania Avenue, N.W. Suite 300
Washington, DC  20006-4604
*Attorneys for Respondents Jason Haddaway and Clarence Taylor*


MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Russell R. Bruch (D.C. Bar # 503288)
    1111 Pennsylvania Avenue, N.W.
    Washington, DC  20004
    Phone:  202.739.5293
    rbruch@morganlewis.com
    Attorneys for Petitioners